FILED

MAY 0 4 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-300_18_ |
| ) | |
| NATHAN BECKMAN, ) | VIO: 18 U.S.C. §§ 922(k) and |
| ) | 924(a)(1)(B); and |
| Defendant. ) | 26 U.S.C. § 5861(g). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

(Possession of a Firearm with an Obliterated Serial Number)

On or about January 19, 2022, in Sangamon County, in the Central District of Illinois, the defendant herein,

**NATHAN BECKMAN**,

did knowingly possess a firearm, being a Ruger SD-556, AR-15 rifle, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT TWO

(Removal of a Serial Number from a Firearm)

On an unknown date, but no later than January 11, 2022, in Sangamon County, in the Central District of Illinois, the defendant herein,

**NATHAN BECKMAN**,

knowingly removed, altered and obliterated the serial number of a firearm, being a Ruger SD-556, AR-15 rifle, a serial number required by Chapter 53 of Title 26.

All in violation of Title 26, United States Code, Section 5861(g).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/Douglas J Quivey
GREGORY K. HARRIS
UNITED STATES ATTORNEY
MZW