IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cr-30018 |
| ) | |
| NATHAN BECKMAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**SUE E. MYERSCOUGH, U.S. District Judge.**

On September 15, 2023, the Court held a competency hearing as to Defendant, Nathan Beckman. Based upon the grounds set forth in the Defendant's Motion (d/e 44), the report and findings by Dr. Killian and arguments set forth by counsel at the competency hearing, the Court finds by a preponderance of the evidence that Mr. Beckman is presently suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d), Defendant Nathan Beckman is hereby committed to the custody of the Attorney General for

1

treatment for a reasonable period of time, not to exceed "four months, as is necessary to determine whether this is a substantial probability that in the foreseeable future, he will attain the capacity to permit the proceedings to go forward." See 18 U.S.C. § 4247(d). The director of the facility Mr. Beckman is committed to, pursuant to section 4241, shall prepare a semiannual report, regarding Mr. Beckman's probability to attain the capacity to permit this proceeding to move forward. This report shall be filed by January 5, 2024, and conform to the requirements set forth at 18 U.S.C. § 4247(e) and 4241(d).

To determine whether it is probable that the Defendant will attain the capacity to permit the proceedings to go forward or whether an additional reasonable period of time may be necessary, the Court hereby SETS a status hearing for January 8, 2024, at 3:00 p.m. in Springfield before U.S. District Judge Sue E. Myerscough.

Last, the Government filed a Motion for Detention (d/e 40), pursuant to 18 U.S.C. § 3142, requesting Defendant be held in the custody of the United States Marshals Service for pretrial detention given his alleged violations of his prior release conditions. Given the Court's findings as to Defendant's competency and this order

committing him to the custody of the Attorney General for treatment, the Government's motion is DENIED as moot.

**ENTERED: SEPTEMBER 20, 2023**

**FOR THE COURT:**

*s/ Sue E. Myerscough*
**SUE E. MYERSCOUGH**